```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RASPBERRY HOLDINGS INC.,

        Plaintiff,

  -v-

NEXTBANK INTERNATIONAL INC.,

        Defendant.
-------------------------------------------------------------------X

24-cv-1529 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This order memorializes the results of a conference held on February 26, 2025.

    This case is stayed until April 25, 2025. Plaintiff's time to respond to the amended answer is extended to May 23, 2025. Plaintiff shall file any amended complaint by May 23, 2025. A conference shall be held on May 6, 2025, at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID 358639322, and follow the necessary prompts.

    SO ORDERED.

Dated: February 27, 2025
       New York, New York

                                            _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge